# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Brandon D Nagle**
     **Victoria E Nagle**
_____
Debtor(s)

Case No.   **17-70424**
_____

Chapter   **7**
_____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Brandon D Nagle** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Victoria E Nagle** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **July 1, 2017**
_____

Signature   **/s/ Brandon D Nagle**
_____
**Brandon D Nagle**
Debtor

Date   **July 1, 2017**
_____

Signature   **/s/ Victoria E Nagle**
_____
**Victoria E Nagle**
Joint Debtor

# Earnings  Statement



FedEx Freight, Inc.
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

| | |
|---|---|
| | Page  001 of 002 |
| Pay Period: | 04/23/2017 - 04/29/2017 |
| Advice Date: | 05/05/2017 |
| Advice Number: | 0019026628 |
| Batch Number: | DCL002014138 |
| Employee ID: | 2886974 |

**BRANDON  DUANE  NAGLE**

--------------------------------

**Delivering  on the  Purple  Promise
makes  this  check  possible.**

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed:   S-00 | | |
| PA(W):  N-00 | | |

Total Hours for Hourly/Piece Rate Period 04/23/17 - 04/29/17
Worked = 29.27 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 29.27 | 17.360 | 508.13 | 5532.92 |
| Education | | | | 19.77 |
| STRAIGHT TIME | 29.27 # | 17.360 ## | 508.13 | Sub-Total |
| GROSS WAGES $$ | | | 508.13 | Sub-Total |
| Bhe Est | | | | 83.62 |
| OTHER | | | 0.00 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 508.13 | 5636.31 |
| Fed Tax Wages | | | 493.57 | 5138.77 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 0.0 | 0.0 | 0.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 508.13 | 5636.31 |
| TOTAL TAXES | 114.08 | 1153.36 |
| TOTAL DEDUCTIONS | 34.56 | 497.54 |
| NET PAY | 359.49 | 3985.41 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 55.43 | 509.31 |
| Fed MED/EE | 7.08 | 76.96 |
| Fed OASDI/EE | 30.31 | 329.09 |
| PA Unempl EE | 0.36 | 3.95 |
| PA Withholdng | 15.01 | 162.97 |
| PA PA LOCAL Withh | 4.89 | 53.08 |
| PA EBENSBURG LS T | 1.00 | 18.00 |
| TOTAL TAXES | 114.08 | 1153.36 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 15.24 | 169.10 |
| &Dental 09 | 2.01 | 34.17 |
| &Medical 16 | 17.31 | 294.27 |
| TOTAL DEDUCTIONS | 34.56 | 497.54 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 10.16 | 112.73 |
| TOTAL ER PD BENEF | 10.16 | 112.73 |

**Other Information**
\# Represents  all hrs  in this  category
\##Represents  consolidated  rate  for category
$$Non-pilot  pay  for hrs  worked  & piece  rate
@ Non-cash  item  not  included  in gross  pay
& Item  excluded  from  taxable  wages

© 2002 Automatic Data Processing (PCP/VO)



FedEx  Freight,  Inc.
Payroll  Services
30  FedEx  Pkwy,  2nd  Fl  Horiz
Collierville,   TN  38017

| | | |
|---|---|---|
| Advice  Number: | | 0019026628 |
| Advice  Date: | | 05/05/2017 |
| 2886974 | | |

**Deposited  to  the  account  of**      **Account Number**      **Amount**

BRANDON  DUANE  NAGLE      XXXX7670      359.49

THIS IS NOT A CHECK



PXFATO  00046530          055254-029661
DCL     002886974

**FedEx.**

*FedEx Freight, Inc.*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 002 |
| Pay Period: | 04/16/2017 - 04/22/2017 |
| Advice Date: | 04/28/2017 |
| Advice Number: | 0018995011 |
| Batch Number: | DCL002014129 |
| Employee ID: | 2886974 |

**BRANDON DUANE NAGLE**
-------------------------------
**Delivering on the Purple Promise makes this check possible.**

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: | S-00 | |
| PA(W): | N-00 | |

Total Hours for Hourly/Piece Rate Period 04/16/17 - 04/22/17
Worked = 22.14 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 22.14 | 17.360 | 384.35 | 5024.79 |
| Education | | | | 19.77 |
| STRAIGHT TIME | 22.14 # | 17.360 ## | 384.35 | Sub-Total |
| GROSS WAGES $$ | | | 384.35 | Sub-Total |
| Bhe Est | | | | 83.62 |
| OTHER | | | 0.00 | Sub-Total |

| TOTAL GROSS PAY | | | 384.35 | 5128.18 |
|---|---|---|---|---|
| Fed Tax Wages | | | 353.50 | 4665.20 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 0.0 | 0.0 | 0.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 384.35 | 5128.18 |
| TOTAL TAXES | 81.48 | 1039.28 |
| TOTAL DEDUCTIONS | 30.85 | 462.98 |
| NET PAY | 272.02 | 3625.92 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 37.42 | 453.88 |
| Fed MED/EE | 5.30 | 69.88 |
| Fed OASDI/EE | 22.63 | 298.78 |
| PA Unempl EE | 0.27 | 3.59 |
| PA Withholdng | 11.21 | 147.96 |
| PA PA LOCAL Withh | 3.65 | 48.19 |
| PA EBENSBURG LS T | 1.00 | 17.00 |
| TOTAL TAXES | 81.48 | 1039.28 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 11.53 | 153.86 |
| &Dental 09 | 2.01 | 32.16 |
| &Medical 16 | 17.31 | 276.96 |
| TOTAL DEDUCTIONS | 30.85 | 462.98 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 7.69 | 102.57 |
| TOTAL ER PD BENEF | 7.69 | 102.57 |

**Other Information**
\# Represents all hrs in this category
\##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

© 2002 AutomaticData Processing (PCSLVO)

**FedEx.**  FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number:  0018995011
Advice Date:  04/28/2017
2886974

THIS IS NOT A CHECK

**Deposited to the account of**        **Account Number**        **Amount**
BRANDON DUANE NAGLE        XXXX7670        272.02

FXFATO  0004653C          055335:029710
DCL     002886974



# Earnings  Statement

*FedEx  Freight,  Inc.*
*Payroll  Services*
*30 FedEx  Pkwy,  2nd  Fl Horiz*
*Collierville,   TN 38017*
*(855)  339-6992*

Page  001  of 002
Pay Period:        04/09/2017 - 04/15/2017
Advice Date:       04/21/2017
Advice Number:     0018946863
Batch Number:      DCL002014120
Employee ID:       2886974

**BRANDON   DUANE   NAGLE**

**Delivering   on  the  Purple  Promise
makes   this  check   possible.**

Exemptions      Addl  Amt   Addl  %
Fed:    S-00
PA(W):  N-00

Total Hours for Hourly/Piece Rate Period 04/09/17 - 04/15/17
    Worked = 27.64 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 27.64 | 17.360 | 479.83 | 4640.44 |
| Education | | | | 19.77 |
| STRAIGHT TIME | 27.64 # | 17.360 ## | 479.83 | Sub-Total |
| GROSS WAGES $$ | | | 479.83 | Sub-Total |
| Bhe Est | | | | 83.62 |
| OTHER | | | 0.00 | Sub-Total |

| TOTAL GROSS PAY | | | 479.83 | 4743.83 |
|---|---|---|---|---|
| Fed Tax Wages | | | 446.12 | 4311.70 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 0.0 | 0.0 | 0.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL  GROSS  PAY | 479.83 | 4743.83 |
| TOTAL  TAXES | 106.63 | 957.80 |
| TOTAL  DEDUCTIONS | 33.71 | 432.13 |
| NET  PAY | 339.49 | 3353.90 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed  Withholdng | 51.32 | 416.46 |
| Fed  MED/EE | 6.67 | 64.58 |
| Fed  OASDI/EE | 28.55 | 276.15 |
| PA  Unempl  EE | 0.34 | 3.32 |
| PA  Withholdng | 14.14 | 136.75 |
| PA  PA LOCAL  Withh | 4.61 | 44.54 |
| PA  EBENSBURG  LS T | 1.00 | 16.00 |
| TOTAL  TAXES | 106.63 | 957.80 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 14.39 | 142.33 |
| &Dental  09 | 2.01 | 30.15 |
| &Medical  16 | 17.31 | 259.65 |
| TOTAL  DEDUCTIONS | 33.71 | 432.13 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 9.59 | 94.88 |
| TOTAL  ER PD BENEF | 9.59 | 94.88 |

Other Information
# Represents  all hrs  in this  category
##Represents  consolidated  rate  for category
$$Non-pilot  pay for hrs worked  & piece  rate
@ Non-cash  item  not  included  in gross  pay
& Item excluded  from taxable  wages

© 2002 Automatic Data Processing (PCSUV0)

---

**FedEx  Freight,   Inc.**
**Payroll   Services**
**30  FedEx   Pkwy,   2nd  Fl  Horiz**
**Collierville,    TN  38017**

Advice   Number:     0018946863
Advice   Date:       04/21/2017
2886974

THIS IS NOT A CHECK

**Deposited  to  the  account  of**       **Account  Number**       **Amount**
**BRANDON   DUANE   NAGLE**        XXXX7670        339.49

# Earnings  Statement



FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville,  TN 38017
(855) 339-6992

|  | Page  001 of 002 |
|---|---|
| Pay Period: | 04/02/2017 - 04/08/2017 |
| Advice Date: | 04/13/2017 |
| Advice Number: | 0018915142 |
| Batch Number: | DCL002014111 |
| Employee ID: | 2886974 |

**BRANDON   DUANE   NAGLE**

-------------------------------

**Delivering   on the  Purple  Promise
makes   this  check  possible.**

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed:   S-00 | | |
| PA(W):  N-00 | | |

Total Hours for Hourly/Piece Rate Period 04/02/17 - 04/08/17
Worked = 29.44 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 29.44 | 17.360 | 511.08 | 4160.61 |
| Education | | | | 19.77 |
| STRAIGHT TIME | 29.44 # | 17.360 ## | 511.08 | Sub-Total |
| GROSS WAGES $$ | | | 511.08 | Sub-Total |
| Bhe Est | | | | 83.62 |
| OTHER | | | 0.00 | Sub-Total |

| TOTAL GROSS PAY | | | 511.08 | 4264.00 |
|---|---|---|---|---|
| Fed Tax Wages | | | 476.43 | 3855.58 |

| Leave Hrs YTD | Earned | Taken | Balance | |
|---|---|---|---|---|
| Sick Balance | 0.0 | 0.0 | 0.0 | |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 511.08 | 4264.00 |
| TOTAL TAXES | 114.85 | 851.17 |
| TOTAL DEDUCTIONS | 34.65 | 398.42 |
| NET PAY | 361.58 | 3014.41 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 55.86 | 365.14 |
| Fed MED/EE | 7.13 | 57.91 |
| Fed OASDI/EE | 30.49 | 247.60 |
| PA Unempl EE | 0.35 | 2.98 |
| PA Withholdng | 15.10 | 122.61 |
| PA PA LOCAL Withh | 4.92 | 39.93 |
| PA EBENSBURG LS T | 1.00 | 15.00 |
| TOTAL TAXES | 114.85 | 851.17 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 15.33 | 127.94 |
| &Dental 09 | 2.01 | 28.14 |
| &Medical 16 | 17.31 | 242.34 |
| TOTAL DEDUCTIONS | 34.65 | 398.42 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 10.22 | 85.29 |
| TOTAL ER PD BENEF | 10.22 | 85.29 |

**Other Information**

\# Represents  all hrs in this category
\##Represents  consolidated  rate for category
$$Non-pilot  pay for hrs worked & piece rate
@ Non-cash  item not included  in gross pay
& Item excluded  from taxable  wages

© 2002 AutomaticData Processing (ADcuVr.)

---



FedEx   Freight,   Inc.
Payroll   Services
30  FedEx   Pkwy,   2nd  Fl  Horiz
Collierville,    TN  38017

| Advice  Number: | 0018915142 |
|---|---|
| Advice  Date: | 04/13/2017 |
| 2886974 | |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Amount |
|---|---|---|
| BRANDON   DUANE   NAGLE | XXXX7670 | 361.58 |

**FedEx**®

FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**Earnings Statement**

| | |
|---|---|
| | Page 001 of 002 |
| Pay Period: | 03/26/2017 - 04/01/2017 |
| Advice Date: | 04/07/2017 |
| Advice Number: | 0018886127 |
| Batch Number: | DCL002014103 |
| Employee ID: | 2886974 |

**BRANDON DUANE NAGLE**

Delivering on the Purple Promise makes this check possible.

| Exemptions | Addl Amt | Addl % |
|---|---|---|
| Fed: S-00 | | |
| PA(W): N-00 | | |

Total Hours for Hourly/Piece Rate Period 03/26/17 - 04/01/17
Worked = 27.65 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 27.65 | 17.360 | 480.00 | 3649.53 |
| Education | | | | 19.77 |
| STRAIGHT TIME | 27.65 # | 17.360 ## | 480.00 | Sub-Total |
| GROSS WAGES $$ | | | 480.00 | Sub-Total |
| Bhe Est | | | | 83.62 |
| OTHER | | | 0.00 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 480.00 | 3752.92 |
| Fed Tax Wages | | | 446.28 | 3389.15 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| Sick Balance | 0.0 | 0.0 | 0.0 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 480.00 | 3752.92 |
| TOTAL TAXES | 106.67 | 736.32 |
| TOTAL DEDUCTIONS | 33.72 | 363.77 |
| NET PAY | 339.61 | 2652.83 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 51.34 | 309.28 |
| Fed MED/EE | 6.68 | 50.78 |
| Fed OASDI/EE | 28.56 | 217.11 |
| PA Unempl EE | 0.34 | 2.63 |
| PA Withholdng | 14.14 | 107.51 |
| PA PA LOCAL Withh | 4.61 | 35.01 |
| PA EBENSBURG LS T | 1.00 | 14.00 |
| TOTAL TAXES | 106.67 | 736.32 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPreTx3 | 14.40 | 112.61 |
| &Dental 09 | 2.01 | 26.13 |
| &Medical 16 | 17.31 | 225.03 |
| TOTAL DEDUCTIONS | 33.72 | 363.77 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kPreTx3 | 9.60 | 75.07 |
| TOTAL ER PD BENEF | 9.60 | 75.07 |

**Other Information**

# Represents all hrs in this category
##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

© 2002 AutomaticData Processing (PCR/VO)

---

**FedEx**® FedEx Freight, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

| | |
|---|---|
| Advice Number: | 0018886127 |
| Advice Date: | 04/07/2017 |
| 2886974 | |

THIS IS NOT A CHECK

**Deposited to the account of**          **Account Number**          **Amount**

BRANDON DUANE NAGLE                     XXXX7670                    339.61

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|-----|------|-------|-------|-------|---|
| LPS | 551800 | 400000 | APA | 0000170581 | 1 |

230-0023

## Earnings Statement



TECHFIVE, LLC
7525 W CAMPUS RD
NEW ALBANY OH 43054

| Period Beginning: | 04/10/2017 |
|---|---|
| Period Ending: | 04/23/2017 |
| Pay Date: | 04/28/2017 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:          0
  PA:            N/A

**VICTORIA  E  GILL**
**170  LAUREL  DRIVE**
**HASTINGS  PA  16646**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.7700 | 50.40 | 593.21 | 6,305.81 |
| Overtime | | | | 1.20 |
| Agent Bns Mth | | | | 175.00 |
| Free Time Pay | | | | 234.31 |
| Holiday Pay | | | | 183.68 |
| **Gross Pay** | | | **$593.21** | 6,900.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| F T Accrued | | 3.30 |
| F T Balance | | 21.78 |
| Holiday Bal | | -16.00 |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 646-274-3030

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.77 | 754.13 |
| | Social Security Tax | -36.78 | 427.80 |
| | Medicare Tax | -8.60 | 100.05 |
| | PA State Income Tax | -18.21 | 211.82 |
| | Altoona City Income Tax | -8.90 | 103.51 |
| | PA SUI/SDI Tax | -0.42 | 4.83 |
| **Net Pay** | | **$462.53** | |
| Checking | | -462.53 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $593.21

© 2000 ADP, LLC

TECHFIVE , LLC
ONE PROGRESS PLAZA
200 CENTRAL AVENUE
ST PETERSBURG , FL 33701

| Advice number: | 00000170581 |
|---|---|
| Pay date: | 04/28/2017 |

Deposited to the account of
**VICTORIA  E  GILL**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8082 | xxxx  xxxx | $462.53 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR No. | |
|---|---|---|---|---|---|
| LPS | 551800 | 400000 | APA | 0000150571 | 1 |

238-0023

## Earnings Statement 

TECHFIVE, LLC
7525 W CAMPUS RD
NEW ALBANY OH 43054

| Period Beginning: | 03/27/2017 |
|---|---|
| Period Ending: | 04/09/2017 |
| Pay Date: | 04/14/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**VICTORIA E GILL**
**170 LAUREL DRIVE**
**HASTINGS PA 16646**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.7700 | 64.37 | 757.63 | 5,712.60 |
| Overtime | | | | 1.20 |
| Agent Bns Mth | | | | 175.00 |
| Free Time Pay | | | | 234.31 |
| Holiday Pay | | | | 183.68 |
| **Gross Pay** | | | **$757.63** | 6,306.79 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| F T Accrued | | 4.21 |
| F T Balance | | 18.48 |
| Holiday Bal | | -16.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 646-274-3030

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -82.44 | 696.36 |
| | Social Security Tax | -46.97 | 391.02 |
| | Medicare Tax | -10.99 | 91.45 |
| | PA State Income Tax | -23.26 | 193.61 |
| | Altoona City Income Tax | -11.36 | 94.61 |
| | PA SUI/SDI Tax | -0.53 | 4.41 |
| **Net Pay** | | **$582.08** | |
| Checking | | -582.08 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $757.63

TECHFIVE , LLC
ONE PROGRESS PLAZA
200 CENTRAL AVENUE
ST PETERSBURG , FL 33701

| Advice number: | 00000150571 |
|---|---|
| Pay date: | 04/14/2017 |

Deposited to the account of
VICTORIA E GILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8082 | xxxx xxxx | $582.08 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

© 2000 ADP, LLC

**Earnings   Statement**



| | | | | | |
|---|---|---|---|---|---|

TECHFIVE, LLC
7525 W CAMPUS RD
NEW ALBANY OH 43054

| CO. LPS | FILE 551800 | DEPT. 400000 | CLOCK | VCHR. APA 0000130561 | 1 |
|---|---|---|---|---|---|

240-0023

| Period Beginning: | 03/13/2017 |
|---|---|
| Period Ending: | 03/26/2017 |
| Pay Date: | 03/31/2017 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        0
  PA:            N/A

VICTORIA  E  GILL
170  LAUREL  DRIVE
HASTINGS  PA  16646

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.7700 | 75.92 | 893.58 | 4,954.97 |
| Overtime | | | | 1.20 |
| Agent Bns Mth | | | | 175.00 |
| Free Time Pay | | | | 234.31 |
| Holiday Pay | | | | 183.68 |
| **Gross Pay** | | | **$893.58** | 5,549.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| F T Accrued | | 4.97 |
| F T Balance | | 14.27 |
| Holiday Bal | | -16.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 646-274-3030

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.83 | 613.92 |
| | Social Security Tax | -55.40 | 344.05 |
| | Medicare Tax | -12.95 | 80.46 |
| | PA State Income Tax | -27.43 | 170.35 |
| | Altoona City Income Tax | -13.40 | 83.25 |
| | PA SUI/SDI Tax | -0.62 | 3.88 |
| **Net Pay** | | **$680.95** | |
| Checking | | -680.95 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $893.58

TECHFIVE , LLC
ONE PROGRESS PLAZA
200  CENTRAL AVENUE
ST PETERSBURG , FL 33701

| Advice number: | 00000130561 |
|---|---|
| Pay date: | 03/31/2017 |

Deposited to the account of
VICTORIA  E  GILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8082 | xxxx xxxx | $680.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, LLC



## Earnings    Statement

| CO.  | FILE   | DEPT.  | CLOCK | VCHR. No. |   |
|------|--------|--------|-------|-----------|---|
| LPS  | 551800 | 400000 | APA:  | 0000110561 | 1 |

236-0023

TECHFIVE, LLC
7525 W CAMPUS RD
NEW ALBANY OH 43054

| Period Beginning: | 02/27/2017 |
|---|---|
| Period Ending: | 03/12/2017 |
| Pay Date: | 03/17/2017 |

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:      0
   PA:        N/A

VICTORIA  E  GILL
170  LAUREL  DRIVE
HASTINGS  PA  16646

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.4800 | 51.38 | 589.84 | 4,061.39 |
| Overtime | | | | 1.20 |
| Agent Bns Mth | | | | 175.00 |
| Free Time Pay | | | | 234.31 |
| Holiday Pay | | | | 183.68 |
| **Gross Pay** | | | **$589.84** | 4,655.58 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| F T Accrued | | 3.36 |
| F T Balance | | 9.30 |
| Holiday Bal | | -16.00 |

### Important Notes
YOUR  COMPANY  PHONE  NUMBER  IS 646-274-3030

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -57.27 | 511.09 |
| | Social Security Tax | -36.57 | 288.65 |
| | Medicare Tax | -8.56 | 67.51 |
| | PA State Income Tax | -18.11 | 142.92 |
| | Altoona City Income Tax | -8.85 | 69.85 |
| | PA SUI/SDI Tax | -0.41 | 3.26 |
| **Net Pay** | | **$460.07** | |
| Checking | | -460.07 | |
| **Net Check** | | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $589.84

© 2000 ADP, LLC

TECHFIVE , LLC
ONE PROGRESS PLAZA
200  CENTRAL AVENUE
ST PETERSBURG , FL 33701

| Advice number: | 00000110561 |
|---|---|
| Pay date: | 03/17/2017 |

Deposited  to  the  account  of
**VICTORIA  E GILL**

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx8082 | xxxx  xxxx | $460.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**