## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Brandon D Nagle** | Social Security number or ITIN   **xxx–xx–8903** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Victoria E Nagle** | Social Security number or ITIN   **xxx–xx–8716** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court
**WESTERN DISTRICT OF PENNSYLVANIA**

Date case filed for chapter  **7   5/31/17**

Case number:  **17–70424–JAD**

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Brandon D Nagle | | Victoria E Nagle |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 170 Laurel Drive<br>Hastings, PA 16646 | | 170 Laurel Drive<br>Hastings, PA 16646 |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 400<br>Pittsburgh, PA 15235 | | Contact phone 412–825–5170 |
| 5. | **Bankruptcy trustee**<br>Name and address | Eric E. Bononi<br>20 North Pennsylvania Avenue<br>Greensburg, PA 15601 | | Contact phone 724–832–2499 |
| | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | | | |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 7/10/17 |
|---|---|---|---|
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:**For security reasons, you may encounter delays when attending court hearings.You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

| 7. | **Meeting of creditors** | **August 23, 2017 at 09:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **2nd Floor Conference Room, 110 Franklin Street, Johnstown, PA 15905** |
| | **Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | | |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/23/17** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brandon D Nagle
Victoria E Nagle**
      Debtor(s)

Bankruptcy Case No.: 17–70424–JAD
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: July 10, 2017

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

## REMINDER TO COUNSEL

<u>Before filing</u>: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

<u>After filing</u>: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 17-70424-JAD
Brandon D Nagle                                             Chapter 7
Victoria E Nagle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: culy           Page 1 of 2           Date Rcvd: Jul 10, 2017
                           Form ID: 309A         Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
```
db/jdb       +Brandon D Nagle,   Victoria E Nagle,   170 Laurel Drive,   Hastings, PA 16646-5509
aty          +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
14636260     #+Alpha Recovery Corp,   5660 Greenwood Plaza Blvd Suite 101,   Englewood, CO 80111-2417
14656037     +Community Bank Na,   45-49 Court Street,   Canton, NY 13617-1179
14656040     +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
14636264     +Global Collections,   PO Box 129,   Linden, MI 48451-0129
14636265     +Hastings Borough Tax Collector,   1209 Spangler Street Po Box 499,   Hastings, PA 16646-0499
14656043     +Hatings Municipal Authority,   PO Box 559,   Hastings, PA 16646-0559
14656045     +Hugill Sanitation,   779 Front Street,   Mahaffey, PA 15757-8909
14656048      Lvnv Funding Llc,   C/o Resurgent Capital Services,   Greenville, SC 29603
14636266     +Mariner FInance,   PO Box 35394,   Dundalk, MD 21222-7394
14656049     +Marinr Finc,   8211 Town Center Dr,   Nottingham, MD 21236-5904
14636267     +Penelec,   PO Box 3687,   Akron, OH 44309-3687
14636268     +Roundpoint,   PO Box 19409,   Charlotte, NC 28219-9409
14656052     +Roundpoint Mtg,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
14636271     +SYNCB/Ashkey Furniture,   Po Box 960061,   Orlando, FL 32896-0061
14636269     +Stern & Eisenberg, PC,   1581 Main Street, Suite 200,   Warrington, PA 18976-3400
14636270     +Steven D Jackson MDJ,   5929 California Ave,   Altoona, PA 16601-9129
14636273     +US Dept Ed,   Po Box 105028,   Atlanta, GA 30348-5028


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: help@urfreshstrt.com Jul 11 2017 01:35:43    Lawrence W. Willis,
               Willis & Associates,   201 Penn Center Blvd,   Suite 400,   Pittsburgh, PA 15235
tr           +EDI: BEEBONONI.COM Jul 11 2017 01:28:00    Eric E. Bononi,   20 North Pennsylvania Avenue,
               Greensburg, PA 15601-2337
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2017 01:36:08    Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust           E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 11 2017 01:36:17
               Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
14656030     +E-mail/Text: bankruptcynotice@lfbusa.com Jul 11 2017 01:36:02    1st Financial Bk Usa,
               363 W Anchor Dr,   North Sioux City, SD 57049-5154
14636259     +EDI: URSI.COM Jul 11 2017 01:28:00    Alltran Financial,   PO Box 722910,
               Houston, TX 77272-2910
14656033     +E-mail/Text: assignerisk@ameriserv.com Jul 11 2017 01:36:35    Ameriserv Financial,
               216 Franklin St,   Johnstown, PA 15901-1911
14656035      EDI: CAPITALONE.COM Jul 11 2017 01:28:00    Capital One,   15000 Capital One Dr,
               Richmond, VA 23238
14636261      EDI: CAPITALONE.COM Jul 11 2017 01:28:00    Capital One,   1500 Capital One Drive,
               Richmond, VA 23238
14656036     +E-mail/Text: bankruptcy@cavps.com Jul 11 2017 01:36:30    Cavalry Portfolio Serv,
               Po Box 27288,   Tempe, AZ 85285-7288
14636262     +EDI: RCSFNBMARIN.COM Jul 11 2017 01:28:00    Credit One Bank,   Po Box 98873,
               Las Vegas, NV 89193-8873
14656038     +EDI: RCSFNBMARIN.COM Jul 11 2017 01:28:00    Credit One Bank Na,   Po Box 98875,
               Las Vegas, NV 89193-8875
14636263     +EDI: DISCOVER.COM Jul 11 2017 01:28:00    Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH 43054-3025
14656039     +EDI: DISCOVER.COM Jul 11 2017 01:28:00    Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
14656044     +E-mail/Text: bankruptcy@hccredit.com Jul 11 2017 01:36:55    Hccredit/feb,
               203 E Emma Ave Ste A,   Springdale, AR 72764-4625
14656046     +E-mail/Text: ebnsterling@weltman.com Jul 11 2017 01:35:57    J.b. Robinson Jewelers,
               375 Ghent Rd,   Fairlawn, OH 44333-4601
14656047     +EDI: RESURGENT.COM Jul 11 2017 01:28:00    LVNV Funding,   PO BOX 10497 MS 576,
               Greenville, SC 29603-0497
14656055     +EDI: RMSC.COM Jul 11 2017 01:28:00    SYNCB,   C/O P O BOX 965015,   Orlando, FL 32896-0001
14656057     +EDI: RMSC.COM Jul 11 2017 01:28:00    Syncb/ashley Homestore,   950 Forrer Blvd,
               Kettering, OH 45420-1469
14656058     +EDI: RMSC.COM Jul 11 2017 01:28:00    Syncb/mattress Warehou,   C/o Po Box 965036,
               Orlando, FL 32896-0001
14656059     +EDI: RMSC.COM Jul 11 2017 01:28:00    Syncb/wolf Furniture,   C/o Po Box 965036,
               Orlando, FL 32896-0001
14636272     +EDI: RMSC.COM Jul 11 2017 01:28:00    Synchrony Bank,   PO Box 965033,
               Orlando, FL 32896-5033
14656063     +EDI: WFFC.COM Jul 11 2017 01:28:00    Wfds,   P.o. Box 1697,   Winterville, NC 28590-1697
                                                                                        TOTAL: 23
```

```
District/off: 0315-7        User: culy            Page 2 of 2           Date Rcvd: Jul 10, 2017
                           Form ID: 309A          Total Noticed: 42
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            RoundPoint Mortgage Servicing Corporation
14656031*    +Alltran Financial,    PO Box 722910,    Houston, TX 77272-2910
14656032*    +Alpha Recovery Corp,    5660 Greenwood Plaza Blvd Suite 101,    Englewood, CO 80111-2417
14656034*     Capital One,   1500 Capital One Drive,    Richmond, VA 23238
14656041*    +Global Collections,    PO Box 129,    Linden, MI 48451-0129
14656042*    +Hastings Borough Tax Collector,    1209 Spangler Street Po Box 499,    Hastings, PA 16646-0499
14656050*    +Penelec,    PO Box 3687,    Akron, OH 44309-3687
14656051*    +Roundpoint,    PO Box 19409,    Charlotte, NC 28219-9409
14656056*    +SYNCB/Ashkey Furniture,    Po Box 960061,    Orlando, FL 32896-0061
14656053*    +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3400
14656054*    +Steven D Jackson MDJ,    5929 California Ave,    Altoona, PA 16601-9129
14656060*    +Synchrony Bank,    PO Box 965033,    Orlando, FL 32896-5033
14656062*    +US Dept Ed,    Po Box 105028,    Atlanta, GA 30348-5028
14656061     ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                  TOTALS: 1, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
```
          Eric E. Bononi    bankruptcy@bononilaw.com,  pa69@ecfcbis.com
          James  Warmbrodt   on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
          bkgroup@kmllawgroup.com
          Lawrence W. Willis   on behalf of Joint Debtor Victoria E Nagle help@urfreshstrt.com,
          urfreshstrt@gmail.com
          Lawrence W. Willis   on behalf of Debtor Brandon D Nagle help@urfreshstrt.com,
          urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                       TOTAL: 5
```