Certificate Number: 14912-PAW-DE-029824591

Bankruptcy Case Number: 17-70424



14912-PAW-DE-029824591

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 3, 2017</u>, at <u>7:35</u> o'clock <u>PM EDT</u>, <u>Brandon Nagle</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>September 3, 2017</u>          By:    <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title:  <u>Counselor</u>