**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brandon D. Nagle<br>        Victoria E. Nagle<br>                          Debtor<br><br>RoundPoint Mortgage Servicing Corporation,<br>its successors and/or assigns<br>                          Movant<br>                  v.<br>Brandon D. Nagle<br>Victoria E. Nagle<br>                          Respondent<br>                  and<br>Eric E. Bononi, Trustee<br>                          Additional Respondent | Bankruptcy No. 17-70424-JAD<br><br>Chapter 7<br><br>Related to Doc. No. 24 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this <u>18th</u> day of <u>October</u>, 2017, upon motion of RoundPoint Mortgage Servicing Corporation, it is

**ORDERED THAT:** The Motion is granted, and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is hereby modified with respect to the subject premises located at 170 Laurel Drive, Hastings, PA 16646 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

CASE ADMINISTRATOR SHALL SERVE:
  Brandon D. and Victoria E. Nagle
  Lawrence W. Willis, Esquire
  James C. Warmbrodt, Esquire
  Eric E. Bononi, Esquire
  Office of United States Trustee

Jeffery A. Deller     mas
Chief United States Bankruptcy Judge

FILED
10/18/17 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-70424-JAD
Brandon D Nagle                                                     Chapter 7
Victoria E Nagle
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: culy              Page 1 of 1              Date Rcvd: Oct 18, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db/jdb         +Brandon D Nagle,   Victoria E Nagle,    170 Laurel Drive,   Hastings, PA 16646-5509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James   Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor Victoria E Nagle help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Brandon D Nagle help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5